**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 0972 1:22CR00101-001 |
| | ) | |
| Kimberly Ann Brown | ) | |
| | ) | |

On June 25, 2018, the above-named was sentenced to Supervised Release for a period of 5 years. Supervision commenced on September 30, 2021. Jurisdiction was transferred on April 7, 2022.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

**Respectfully submitted,**                    **Reviewed by,**

**Paco Yee**                                    **Shannon L. Morehouse**
**United States Probation Officer Assistant**    **Supervising United States Probation Officer**

**Dated:**    February 11, 2026
             Sacramento, California
             PBY

1

Re:   **Kimberly Ann Brown**
      **Docket Number: 0972 1:22CR00101-001**
      **Report and Order Terminating Supervised Release**
      **Prior to Original Expiration Date**


## ORDER OF COURT

Pursuant to the above report, it is ordered that Kimberly Ann Brown be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

   Dated:   **February 11, 2026**

                                          UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

CC:   AUSA—James Conolly
      FLU Unit—United States Attorney's Office
      Fiscal Clerk—Clerk's Office
      Supervisee—Kimberly Ann Brown

2